UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DAVID PINKOSKI, Derivatively on Behalf of GENWORTH FINANCIAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. MCINERNEY, MARTIN P. KLEIN, WILLIAM H. BOLINDER, G. KENT CONRAD, MELINA E. HIGGINS, NANCY J. KARCH, CHRISTINE B. MEAD, DAVID M. MOFFETT, THOMAS E. MOLONEY, JAMES A. PARKE, JEROME UPTON, JAMES S. RIEPE, and MICHAEL D. FRAIZER,<br><br>Defendants,<br><br>– and –<br><br>GENWORTH FINANCIAL, INC., a Delaware corporation,<br><br>Nominal Defendant. | Case No. 3:15-cv-00463-JAG |
| MARTIN COHEN, Derivatively on Behalf of GENWORTH FINANCIAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. MCINERNEY, MARTIN P. KLEIN, WILLIAM H. BOLINDER, G. KENT CONRAD, MELINA E. HIGGINS, NANCY J. KARCH, CHRISTINE B. MEAD, DAVID M. MOFFETT, THOMAS E. MOLONEY, JAMES A. PARKE, and JAMES S. RIEPE,<br><br>Defendants,<br><br>– and –<br><br>GENWORTH FINANCIAL, INC.,<br><br>Nominal Defendant. | Case No. 3:15-cv-00504-JAG |

*(caption continued on the next page)*

1

| | |
|---|---|
| RICHARD L. SALBERG, M.D., Derivatively on Behalf of Genworth Financial, Inc.,<br><br>                  Plaintiff,<br><br>v.<br><br>THOMAS J. McINERNEY, MARTIN P. KLEIN, MICHAEL D. FRAZIER, WILLIAM H. BOLINDER, G. KENT CONRAD, MELINA E. HIGGINS, NANCY J. KARCH, CHRISTINE B. MEAD, DAVID M. MOFFETT, THOMAS E. MOLONEY, JAMES A. PARKE, and JAMES S. RIEPE,<br><br>                  Defendants,<br><br>– and –<br><br>GENWORTH FINANCIAL, INC.,<br><br>                  Nominal Defendant. | Case No. 3:15-cv-00517-JAG |

## PLAINTIFFS DAVID PINKOSKI AND RICHARD L. SALBERG, M.D.'S MOTION TO CONSOLIDATE RELATED ACTIONS AND TO APPOINT LEAD PLAINTIFFS AND TO APPROVE LEAD PLAINTIFFS' <u>SELECTION OF CO-LEAD AND LIAISON COUNSEL</u>

Plaintiffs David Pinkoski and Richard L. Salberg, M.D. move respectfully this Court to consolidate the related actions and to appoint lead plaintiffs and to approve selection of co-lead and liaison counsel. In support of their motion, Plaintiffs refer this Court to their supporting Memorandum of Law and the Declaration of Jeffrey H. Geiger, Esquire, filed simultaneously herewith. A Proposed Order is attached herewith.

WHEREFORE, for the reasons stated in the accompanying Memorandum of Law, Plaintiffs specifically request that this Court grant their motion.

Dated: September 9, 2015

By: /Jeffrey Geiger/
Jeffrey H. Geiger
**SANDS ANDERSON PC**
P.O. Box 1998
Richmond, VA 23218-1998
Telephone: (804) 783-7248
Facsimile: (804) 783-7291
Email: jgeiger@sandsanderson.com

*Local/Liaison Counsel for Plaintiffs*

**JOHNSON & WEAVER, LLP**
Frank J. Johnson
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
Email: frankj@johnsonandweaver.com

**JOHNSON & WEAVER, LLP**
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, GA 30064
Telephone: (770) 200-3104
Facsimile: (770) 200-3101
Email: michaelf@johnsonandweaver.com

*Proposed Co-Lead Counsel*

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
Brett D. Stecker
James M. Ficaro
22 Cassatt Ave, Suite 100
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 225-2678
Email: rw@weiserlawfirm.com
          bds@weiserlawfirm.com
          jmf@weiserlawfirm.com

*Proposed Co-Lead Counsel*

**HOLZER & HOLZER, LLC**
Corey D. Holzer
1200 Ashford Parkway, Suite 410
Atlanta, GA 30338
Telephone: (770) 392-0092
Facsimile: (770) 392-0029
Email: cholzer@holzerlaw.com

*Counsel for Plaintiff David Pinkoski*

## CERTIFICATE OF SERVICE

I certify that on September 9, 2015, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will send notification of such filing (NEF) to all CM/ECF registered attorneys indicated on the NEF.

SANDS ANDERSON PC

/s/ Jeffrey Hamilton Geiger
Jeffrey Hamilton Geiger (VSB No. 40163)
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, VA 23218
Phone: (804) 783-7248
Facsimile: (804) 783-7291
E-Mail: jgeiger@sandsanderson.com